SEALED

BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

JAN 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-0015 TLN |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO SEAL |
| ONEAL DAMAR HAMILTON, | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 1-23-2014

EDMUND F. BRENNAN
United States Magistrate Judge

Petition to Seal Indictment and [Proposed] Order

3