Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ONEAL DAMAR HAMILTON,<br><br>        Defendant. | Case No.: CR. S-14-015 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Troy L. Nunley<br>Time:   9:30 a.m.<br>Date:   May 29, 2014 |

    Defendant Oneal Hamilton, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Matthew Morris, hereby agree and stipulate that the status conference previously scheduled for May 1, 2014 be continued to May 29, 2014, at 9:30 a.m., and that date is available with the Court. Defendant Hamilton is charged in a seven count indictment alleging violations of 18 U.S.C. §§s 1029(a)(2) – Fraud and §§s 1029(c)(1)(c) and 928(a)(2)(B) – Forfeiture counts.

    The government has provided discovery and counsel requires time to review the evidence with her client, engage in defense investigation and research.  The parties therefore request that the matter be continued to May 29, 2014.  Counsel for defendant believes

that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: April 25, 2014        Respectfully submitted,


           /s/ Shari Rusk
           Shari Rusk
           Attorney for Defendant
           Oneal Damar Hamilton


           /s/ Matthew Morris
           Matthew Morris
           Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through May 29, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

Dated: April 29, 2014

           _____
           Troy L. Nunley
           United States District Judge