Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONEAL DAMAR HAMILTON,<br><br>Defendant. | ) Case No.: CR. S-14-0015 TLN<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Troy L. Nunley<br>) Time:   9:30 a.m.<br>) Date:   June 26, 2014<br>)<br>)<br>) |

Defendant Oneal Hamilton, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Matthew Morris, hereby agree and stipulate that the status conference previously scheduled for May 29, 2014, be continued to June 26, 2014, at 9:30 a.m., and that date is available with the Court.  Defendant Hamilton is charged in a seven count indictment alleging violations of 18 U.S.C. §§s 1029(a)(2) – Fraud and §§s 1029(c)(1)(c) and 928(a)(2)(B) – Forfeiture counts.

The government has provided discovery and counsel continues to review the evidence with her client, engage in defense investigation and research.  The parties therefore request that the matter be continued to June 26, 2014.  Counsel for defendant believes that

-1-

failure to grant the above-requested continuance would deny her the

reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.  The government does not object

to the continuance.

     Based on the above-stated findings, the ends of justice served by

continuing the case as requested outweigh the interest of the public

and the defendants in a trial within the original date prescribed by

the Speedy Trial Act.  The parties agree that time should be excluded

under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under

local code T4.

Dated: May 23, 2014          Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Oneal Damar Hamilton


                                  /s/ Matthew Morris
                                  Matthew Morris
                                  Assistant United States Attorney



                          **ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through June

26, 2014, based on Local Code T4, giving counsel reasonable time to

prepare.

Dated: May 27, 2014



                                  _____
                                  Troy L. Nunley
                                  United States District Judge



                                  -2-