Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ONEAL DAMAR HAMILTON,<br><br>        Defendant. | Case No.: CR. S-14-0015 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Troy L. Nunley<br>Time:   9:30 a.m.<br>Date:   August 7, 2014 |

    Defendant Oneal Hamilton, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Matthew Morris, hereby agree and stipulate that the status conference previously scheduled for June 26, 2014, be continued to August 7, 2014 and that date is available with the Court. Defendant Hamilton is charged in a seven count indictment alleging violations of 18 U.S.C. §§s 1029(a)(2) – Fraud and §§s 1029(c)(1)(c) and 928(a)(2)(B) – Forfeiture counts.
    The government and the defense have met regarding this matter and both parties need additional time to corroborate information.  The government has provided discovery and counsel continues to review the evidence with her client, engage in defense investigation and

-1-

research.  The parties therefore request that the matter be continued to August 7, 2014.  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: June 23, 2014          Respectfully submitted,

                                              /s/ Shari Rusk
                                              Shari Rusk
                                              Attorney for Defendant
                                              Oneal Damar Hamilton

                                              /s/ Matthew Morris
                                              Matthew Morris
                                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through August 7, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

Dated: June 23, 2014

_____
Troy L. Nunley
United States District Judge