Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        vs.<br><br><br>ONEAL DAMAR HAMILTON,<br><br>             Defendant.<br>_____ | ) Case No.: CR. S-14-015 TLN<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Troy L. Nunley<br>) Time:   9:30 a.m.<br>) Date:   September 18, 2014<br>)<br>) |

    Defendant Oneal Hamilton, by and through his undersigned counsel
and the United States Government, by and through Assistant United
States Attorney Matthew Morris, hereby agree and stipulate that the
status conference previously scheduled for August 7, 2014, be
continued to September 18, 2014, at 9:30 a.m., and that date is
available with the Court.  Defendant Hamilton is charged in a seven
count indictment alleging violations of 18 U.S.C. §§s 1029(a)(2) –
Fraud and §§s 1029(c)(1)(c) and 928(a)(2)(B) – Forfeiture counts.

    The government and the defense have met regarding this matter and
are in continued negotiations.  Both parties need additional time to
corroborate information and complete respective investigations.  The
government has provided discovery and counsel continues to review the

evidence with her client, while engaging in defense investigation and research.  The parties therefore request that the matter be continued to September 18, 2014.  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: July 31, 2014         Respectfully submitted,


                              __/s/ Shari Rusk___
                              Shari Rusk
                              Attorney for Defendant
                              Oneal Damar Hamilton


                              /s/ Matthew Morris
                              Matthew Morris
                              Assistant United States Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.  The Court finds excludable time through September 18, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

Dated: August 1, 2014

_____
Troy L. Nunley
United States District Judge