Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR. S-14-015 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE  ) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Troy L. Nunley  ) Time:   9:30 a.m.  ) Date:   October 30, 2014 |
| O'NEAL DAMAR HAMILTON, |  |
| Defendant. |  |

    Defendant O'neal Hamilton, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Matthew Morris, hereby agree and stipulate that the status conference previously scheduled for September 18, 2014 be continued to October 30, 2014, at 9:30 a.m., and that date is available with the Court.  Defendant Hamilton is charged in a seven count indictment alleging violations of 18 U.S.C. §§s 1029(a)(2) – Fraud and §§s 1029(c)(1)(c) and 928(a)(2)(B) – Forfeiture counts.

    The government and the defense have been in extended negotiations regarding this matter and are fairly close to a resolution.  Both parties need additional time to further corroborate information and complete their respective investigations.  Counsel continues to review

the evidence with her client, while engaging in defense investigation and research.  The parties therefore request that the matter be continued to October 30, 2014.  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: September 16, 2014       Respectfully submitted,


                                              /s/ Shari Rusk
                                              Shari Rusk
                                              Attorney for Defendant
                                              Oneal Damar Hamilton


                                              /s/ Matthew Morris
                                              Matthew Morris
                                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through October 30, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

Dated: September 16, 2014

_____
Troy L. Nunley
United States District Judge