1  BENJAMIN B. WAGNER
United States Attorney
2  MATTHEW G. MORRIS
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8

9  IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          CASE NO.  2:14-CR-15-TLN

12                      Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
13        v.                           FINDINGS AND ORDER

14  ONEAL DAMAR HAMILTON,              DATE: October 30, 2014
                                       TIME: 9:30 a.m.
15                      Defendant.     COURT: Hon. Troy L. Nunley

16

17                          **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on October 30, 2014.

21        2.      By this stipulation, defendant now moves to continue the status conference until

22  November 6, 2014, at 9:30 a.m., and to exclude time between October 30, 2014, and November 6, 2014,

23  under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has provided discovery to the defendant and a proposed plea

26  agreement.

27              b)      Counsel for defendant desires additional time to consider the guidelines and

28  factual basis as proposed by the government and compare it with the discovery.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    c)    Counsel for defendant believes that failure to grant the above-requested
2 continuance would deny her the reasonable time necessary for effective preparation, taking into
3 account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the
6 case as requested outweigh the interest of the public and the defendant in a trial within the
7 original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9 et seq., within which trial must commence, the time period of October 30, 2014 to November 6,
10 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
11 T4] because it results from a continuance granted by the Court at defendant's request on the basis
12 of the Court's finding that the ends of justice served by taking such action outweigh the best
13 interest of the public and the defendant in a speedy trial.

14    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
16 must commence.

17    IT IS SO STIPULATED.

18

19
20 Dated:  October 28, 2014                              BENJAMIN B. WAGNER
                                                         United States Attorney
21
22                                                       /s/ MATTHEW G. MORRIS
                                                         MATTHEW G. MORRIS
23                                                       Assistant United States Attorney

24
25 Dated:  October 28, 2014                              /s/ Shari Rusk (auth by email)
                                                         SHARI RUSK
26                                                       Counsel for Defendant
                                                         O'NEAL DAMAR HAMILTON
27

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of October, 2014.

_____
Troy L. Nunley
United States District Judge